NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**GREGORY DOUGLAS SMITH,**
*Claimant-Appellant*

**v.**

**DENIS MCDONOUGH, Secretary of Veterans Affairs,**
*Respondent-Appellee*

_____

2022-2213

_____

Appeal from the United States Court of Appeals for Veterans Claims in No. 21-1244, Judge William S. Greenberg.

--------------------------------------------------

**CAROLYN CLARK,**
*Claimant-Appellant*

**v.**

**DENIS MCDONOUGH, Secretary of Veterans Affairs,**
*Respondent-Appellee*

_____

2022-2225

_____

Appeal from the United States Court of Appeals for Veterans Claims in No. 21-1124, Judge Grant Jaquith, Judge Joseph L. Falvey, Jr., and Judge William S. Greenberg.

--------------------------------------------------

**ROGER WARREN BEAUDOIN,**
*Claimant-Appellant*

**v.**

**DENIS MCDONOUGH, Secretary of Veterans Affairs,**
*Respondent-Appellee*

_____

2022-2212

_____

Appeal from the United States Court of Appeals for Veterans Claims in No. 21-2078, Judge Michael P. Allen.

_____

**ON MOTION**

_____

**O R D E R**

Upon consideration of Roger Warren Beaudoin and the Secretary of Veterans Affairs' joint motion to dismiss Appeal No. 2022-2212 under Rule 42(b) of the Federal Rules of Appellate Procedure,

IT IS ORDERED THAT:

(1) The motion is granted. Appeal No. 2022-2212 is dismissed. The revised caption and official short caption for the remaining two consolidated appeals are reflected in this order.

(2) Each side to bear its own costs as to Appeal No. 2022-2212.

(3) The Clerk of Court shall forward a copy of this order to the merits panel assigned to this case.

FOR THE COURT

August 3, 2023                     /s/ Jarrett B. Perlow
      Date                         Jarrett B. Perlow
                                   Clerk of Court

ISSUED AS A MANDATE (AS TO NO. 2022-2212 ONLY):
August 3, 2023